Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
Kyle Wilson (SBN 323888)
kyle@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**TODD WILLIAMSON**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WILLIAMSON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-10, <br><br> Defendants. | Case No.: 2:21-cv-04192-AB-SHK <br><br> Hon. André Birotte Jr. <br><br> **JOINT NOTICE OF SETTLEMENT** |

The parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case. The parties would like to avoid any additional expense, and further the interests of judicial economy.

1

The parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED: February 14, 2022        THE LAW OFFICE OF HAKIMI & SHAHRIARI

            By:   */s/Anoush Hakimi*
               ANOUSH HAKIMI, ESQ.
               Attorney for Plaintiff Todd Williamson

DATED: February 14, 2022        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

            By:   */s/ Michael Chilleen*
               MICHAEL CHILLEEN, ESQ.
               Attorney for Defendant
               Home Depot U.S.A., Inc.

I, Anoush Hakimi, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

                /s/*Anoush Hakimi*
                 *Anoush Hakimi*

JOINT NOTICE OF SETTLEMENT