JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WILLIAMSON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-10, <br><br> Defendants. | Case No.: 2:21-cv-04192-AB (SHKx) <br><br> **ORDER DISMISSING CIVIL ACTION** |

The Court has been advised by counsel that the above-entitled action has been settled. It is therefore **ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **sixty (60) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated: February 23, 2022 _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.