Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Valerie Bradbury (SBN 249868)
valerie@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**TODD WILLIAMSON**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WILLIAMSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> HOME DEPOT U.S.A., INC., a Delaware corporation; and Does 1-10, <br><br> Defendants. | Case No.: 2:21-cv-04192-AB-SHK <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** <br><br> [Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY STIPULATED by and between the Plaintiff Todd Williamson on the one hand, and Defendant Home Depot U.S.A., INC., on the

other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant Home Depot U.S.A., INC., from Plaintiff's Complaint, Case Number 2:21-cv-04192-AB-SHK.

Since no Defendants shall remain in this action, Plaintiff requests that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: June 17, 2022   **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Peter Shahriari
Peter Shahriari, Esq.
Attorneys for Plaintiff, Todd Williamson

Dated: June 17, 2022   **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: /s/ Michael Chilleen
Michael Chilleen, Esq.
Attorneys for Defendant, Home Depot U.S.A., INC.

SMRH:4882-6921-1174.1                           -2-

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

PETER SHAHRIARI

*/s/ Peter Shahriari*
By: Peter Shahriari
Attorney for Plaintiff Todd Williamson

SMRH:4882-6921-1174.1

-3-